IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM RODNEY JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:17-CV-109-WKW |
| ) | |
| DAVID LAW, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On May 1, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 6.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 6) is ADOPTED; and

2. This action is DISMISSED without prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B).

A final judgment will be entered separately.

DONE this 30th day of May, 2017.

                                                  /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE